BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

 333 Market Street, Suite 1500
 San Francisco, California 94105
 Telephone:  (415) 977-8938
 Facsimile:  (415) 744-0134
 E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASON L. THOMAS,      ) | CIVIL NO. 2:11-1649 CKD |
|     Plaintiff,      ) | |
|       v.       ) | STIPULATION FOR EXTENSION |
| MICHAEL J. ASTRUE,    ) | |
| Acting Commissioner of    ) | |
| Social Security,      ) | |
|     Defendant.     ) | |

   The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's complaint be extended from November 3, 2011 to November 17, 2011.

   All other dates in the Courts Scheduling Order are extended accordingly.

///

///

///

///

1    This is Defendant's first request for an extension of time to respond to Plaintiff's answer.

2    Defendant requests the additional time to review the transcript.

3                                        Respectfully submitted,

4

5    Dated: November 7, 2011             /s/ *Andrew T. Koenig*
                                         (authorized via telephone)
6                                        ANDREW T. KOENIG
                                         Attorney for Plaintiff
7

8    Dated: November 7, 2011             BENJAMIN B. WAGNER
                                         United States Attorney
9

10                                       /s/ *Theophous H. Reagans*
                                         THEOPHOUS H. REAGANS
11                                       Special Assistant U.S. Attorney

12                                       Attorneys for Defendant

13

14   **IT IS SO ORDERED:**

15

16   Dated: November 10, 2011

17

18                                       _____
                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE
19

20   de
     thomas1649.eot

21

22

23

24

25

26

27

28