BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASON L. THOMAS,<br><br>    Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-1649 CKD<br><br>STIPULATION FOR EXTENSION |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's complaint be extended from November 3, 2011 to November 17, 2011.

    All other dates in the Courts Scheduling Order are extended accordingly.

///

///

///

///

This is Defendant's first request for an extension of time to respond to Plaintiff's answer. Defendant requests the additional time to review the transcript.

Respectfully submitted,

Dated: November 7, 2011

/s/ *Andrew T. Koenig*
(authorized via telephone)
ANDREW T. KOENIG
Attorney for Plaintiff

Dated: November 7, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: November 10, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

de
thomas1649.eot

2 - Answer to Complaint