1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8938
      Facsimile: (415) 744-0134
7     E-Mail: theophous.reagans@ssa.gov

8  Attorneys for Defendant

9                     UNITED STATES DISTRICT COURT

10                    EASTERN DISTRICT OF CALIFORNIA

11                         SACRAMENTO DIVISION

12

13 | JASON L. THOMAS,              )
                                   )   CIVIL NO. 2:11-1649 CKD
14 |        Plaintiff,              )
                                   )
15 |             v.                 )   STIPULATION FOR EXTENSION
                                   )
16 | MICHAEL J. ASTRUE,            )
     Acting Commissioner of        )
17 | Social Security,              )
                                   )
18 |        Defendant.              )
                                   )

19

20      The parties, through their respective counsel, stipulate that the time for Defendant to respond to

21 Plaintiff's Motion for Summary Judgment be extended from January 23, 2012 to February 22, 2012.

22 This extension is needed to allow Defendant additional time to review the defensibility of the

23 administrative law judge's decision. Defendant apologizes for the delay and any inconvenience.

24 ///

25 ///

26 ///

27 ///

28 ///

All other dates in the Courts Scheduling Order are extended accordingly.

Respectfully submitted,

Dated: January 23, 2012

/s/ *Andrew T. Koenig*
(authorized via telephone)
ANDREW T. KOENIG
Attorney for Plaintiff

Dated: January 23, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: January 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE