BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASON L. THOMAS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:11-1649 CKD<br><br>STIPULATION FOR EXTENSION |

      The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from January 23, 2012 to February 22, 2012. This extension is needed to allow Defendant additional time to review the defensibility of the administrative law judge's decision.  Defendant apologizes for the delay and any inconvenience.

///
///
///
///
///

All other dates in the Courts Scheduling Order are extended accordingly.

Respectfully submitted,

Dated: January 23, 2012 /s/ *Andrew T. Koenig*
(authorized via telephone)
ANDREW T. KOENIG
Attorney for Plaintiff

Dated: January 23, 2012 BENJAMIN B. WAGNER
United States Attorney

/s/ *Theophous H. Reagans*
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**IT IS SO ORDERED:**

Dated: January 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE