BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8938
    Facsimile:  (415) 744-0134
    E-Mail: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JASON L. THOMAS,<br><br>   Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 2:11-1649 CKD<br><br>AMENDED STIPULATION AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g),<br>and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

        The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

        On remand, the Appeals Council will instruct the Administrative Law Judge to take the following action:

    1)      Re-evaluate the medical opinions regarding Claimant's nonexertional limitations and

            explain the weight given to each of those opinions and if the ALJ rejects any of those

            opinions he should explain why;

2)     Further evaluate the medical opinions regarding Claimant's mental limitations and explain the weight given to each of those opinions and if the ALJ rejects any of those opinions he should explain why;

3)     Further evaluate the Claimant's residual functional capacity and provide appropriate rationale;

4)     Re-evaluate Claimant's credibility and the credibility of the lay witness if warranted;

5)     Obtain evidence from a vocational expert if warranted; and

6)     Otherwise develop the record as needed.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

1        The parties further request that the Clerk of the Court be directed to enter a final judgment in

2   favor of Plaintiff; and against Defendant, Commissioner of Social Security, reversing the final decision

3   of the Commissioner.

4

5                         Respectfully submitted,

6   Dated: February 8, 2012          /s/ *Andrew T. Koenig*

7                         (authorized via telephone)
                          ANDREW T. KOENIG
                          Attorney for Plaintiff

8

9   Dated: February 8, 2012          BENJAMIN B. WAGNER

10                        United States Attorney
                          DONNA L. CALVERT

11                        Acting Regional Chief Counsel, Region IX

12                By:    /s/*Theophous H. Reagans*

13                        Theophous H. Reagans
                          Special Assistant U.S. Attorney
                          Attorneys for Defendant

14

15

16

17                         ORDER

18        APPROVED AND SO ORDERED.

19

20   Dated: February 10, 2012

21

22   _____
    CAROLYN K. DELANEY

23   UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28