1   BENJAMIN B. WAGNER
    United States Attorney
2   DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
3   Social Security Administration
    THEOPHOUS H. REAGANS
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8938
        Facsimile:  (415) 744-0134
7       E-Mail: theophous.reagans@ssa.gov

8   Attorneys for Defendant

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                      SACRAMENTO DIVISION

12

13  JASON L. THOMAS,                )
                                    )       CIVIL NO. 2:11-1649 CKD
14          Plaintiff,              )
                                    )
15          v.                      )       AMENDED STIPULATION AND
                                    )       PROPOSED ORDER FOR REMAND
16  MICHAEL J. ASTRUE,              )       PURSUANT TO SENTENCE FOUR OF 42
    Acting Commissioner of          )       U.S.C. § 405(g),
17  Social Security,                )       and
                                    )
18          Defendant.              )       REQUEST FOR ENTRY OF JUDGMENT IN
    _____ )       FAVOR OF PLAINTIFF AND AGAINST
19                                          DEFENDANT

20

21          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

22  attached Order, that the above-referenced case be remanded to the Commissioner of Social Security for

23  further administrative proceedings, pursuant to sentence four of 42 U.S.C. section 405(g).

24          On remand, the Appeals Council will instruct the Administrative Law Judge to take the

25  following action:

26      1)      Re-evaluate the medical opinions regarding Claimant's nonexertional limitations and

27              explain the weight given to each of those opinions and if the ALJ rejects any of those

28              opinions he should explain why;

2)   Further evaluate the medical opinions regarding Claimant's mental limitations and explain the weight given to each of those opinions and if the ALJ rejects any of those opinions he should explain why;

3)   Further evaluate the Claimant's residual functional capacity and provide appropriate rationale;

4)   Re-evaluate Claimant's credibility and the credibility of the lay witness if warranted;

5)   Obtain evidence from a vocational expert if warranted; and

6)   Otherwise develop the record as needed.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2

3

        The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff; and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.

4

5
                                    Respectfully submitted,

6    Dated: February 8, 2012         /s/ *Andrew T. Koenig*
                                     (authorized via telephone)
7                                    ANDREW T. KOENIG
                                     Attorney for Plaintiff

8

9    Dated: February 8, 2012         BENJAMIN B. WAGNER
                                     United States Attorney
10                                   DONNA L. CALVERT
                                     Acting Regional Chief Counsel, Region IX
11

12                          By:      /s/*Theophous H. Reagans*
                                     Theophous H. Reagans
13                                   Special Assistant U.S. Attorney
                                     Attorneys for Defendant

14

15

16

17                                  ORDER

18

        APPROVED AND SO ORDERED.

19

20    Dated: February 10, 2012

21

22                                  _____
                                    CAROLYN K. DELANEY
23                                  UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28